538

## MITCHELL v. STATE.
### No. 19362.

Court of Criminal Appeals of Texas.

Feb. 9, 1938.

A. C. Chrisman, of Cleburne, for appellant.

, Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for a period of three years.

The indictment appears regular. The record is before this court without statement of facts or bills of exception. Nothing has been presented justifying discussion or authorizing a reversal of the conviction.

The judgment is affirmed.

## MITCHELL v. STATE.
### No. 19363.

Court of Criminal Appeals of Texas.

Feb. 9, 1938.

A. C. Chrisman, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for theft of property over the value of $50; penalty assessed at confinement in the penitentiary for three years.

The indictment appears regular and properly presented. The record is before this court without statement of facts or bills of exception. No error has been perceived or pointed out.

The judgment is affirmed.